# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 783 |
| | : | |
| ORDER AMENDING RULE | : | SUPREME COURT RULES |
| 402 OF THE PENNSYLVANIA | : | |
| BAR ADMISSION RULES | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of November, 2018, upon the recommendation of the Board of Law Examiners, the proposal having been published for public comment at 47 Pa.B. 2423 (April 29, 2017):

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 402 of the Bar Admission Rules is amended in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and the amendments shall be effective December 14, 2018.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.